# United States District Court

WESTERN DISTRICT OF WISCONSIN

UNITED STATES OF AMERICA

v.

WILLIAM LUND
~~[REDACTED]~~
Altoona, WI 54720

(Name and Address of Defendant)

**SUMMONS IN A CRIMINAL CASE**

CASE NUMBER: 10 CR 026 C

YOU ARE HEREBY SUMMONED to appear before the United States District Court at the place, date and time set forth below.

| PLACE: | Room: |
|---|---|
| United States District Court<br>Western District of Wisconsin<br>120 N. Henry Street<br>Madison, WI 53703 | 260 |
| | Date and Time:<br>3/11/2010 at 9:30 AM |

To answer a(n)

[X] Indictment  [ ] Information  [ ] Complaint  [ ] Court Order  [ ] Violation Notice  [ ] Probation Violation Petition

Charging you with a violation of Title 18, United States Code, Section(s) 371, 1708, and 2.

Brief description of offense:

Theft of USPS parcels.

Upon receipt of this summons, please telephone the U.S. Probation and Pretrial Services Office at 608/264-5165, or 800/767-0834, to schedule a pretrial interview. It is a requirement of the Pretrial Services Act of 1982, 18 U.S.C. §3152-3155, that the Pretrial Services Office submit a report to the court concerning your eligibility for release on bail. You will be asked to participate in an interview to obtain personal background information for this purpose. This interview is important -- it may affect your release on bond, as well as your sentence if you are convicted. If you wish to have an attorney represent you in this case, you should contact your attorney before the interview with the Pretrial Services Officer. If you cannot afford the services of an attorney, one will be appointed to represent you if you meet the financial standards. If you want a court-appointed attorney, you should immediately complete the enclosed financial affidavit and return it to the court at the address above, so that an attorney may be appointed (if you qualify) before your interview with the Pretrial Services Officer.

Peter Oppeneer
Signature of Issuing Officer

*J. Balderas*
Name and Title of Issuing Officer

2/18/2010
Date