IN THE UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF WISCONSIN

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. 10-CR-26-BBC-03 |
| ) | |
| WILLIAM LUND, ) | |
| ) | |
| Defendant. ) | |

VOLUNTARY WAGE ASSIGNMENT

    I, William Lund, do hereby assign to the U.S. CLERK OF COURT, 120 North Henry Street, Room 320, Madison, Wisconsin 53703, the following payments from portions of my wages, as set forth below, and hereby authorize, Running Inc., my employer, to deduct from my pay the following amounts and transmit said payments, made payable to the U.S. Clerk of Court, directly to the United States Attorney's Office at the above address, as follows:

    **$50.00 per pay period**

    Said wage assignment, to the benefit of the United States, is to satisfy a judgment rendered in the United States District Court for the Western District of Wisconsin, Case Number 10-CR-26-BBC-03, on August 13, 2010, in the amount of $8,071.30. The balance as of February 28, 2012, due and owing on said judgment is $7,871.30.

This assignment may be revoked only with the consent of the United States Attorney or his designee.

I hereby acknowledge that I have read the foregoing, understand the foregoing, and sign this document as a free and voluntary act.

Dated this 5 day of March, 2012.

*William Lund*
WILLIAM LUND