PROB 12A
(07/93)

# UNITED STATES DISTRICT COURT

for

## Western District of Wisconsin
### Report on Offender Under Supervision

**Name of Offender:** William D. Lund  **Case Number:** 10-cr-26-bbc-3
Altoona, WI

**Name of Sentencing Judicial Officer:** Honorable Barbara B. Crabb

**Date of Original Sentence:** August 13, 2010

**Original Offense:** Conspiracy to Steal and to Possess United States Mail (Aiding and Abetting) in violation of 18 U.S.C. §§ 371 & 2, a Class D felony

**Original Sentence:** Three years' probation

**Type of Supervision:** Probation  **Date Supervision Began:** August 13, 2010

---

## COMPLIANCE SUMMARY

William D. Lund's probation term is due to expire on August 12, 2013. He was ordered to pay $7,971.30 in restitution. He has paid $650 toward his court obligations, and his current balance is $6,129.06. Mr. Lund has no assets. During his term of probation, he has had limited ability to maintain employment due to child custody matters. His monthly cash inflows and expenditures have been reviewed and it is the position of the U.S. Probation Office that he has made a good-faith effort to pay his restitution. Mr. Lund will be entered into the tax offset program.

**U.S. Probation Officer Recommendation:** It is respectfully recommended that William D. Lund's probation be allowed to expire with restitution owing. The Financial Litigation Unit of the U.S. Attorney's Office has been consulted and agrees with our recommendation.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on        July 9, 2013

/s/
Traci L. Jacobs
U.S. Probation Officer

**THE COURT ORDERS:**

_✓_ Allow Probation to Expire with Restitution Owing

___ Submit a Request for Modifying the Condition or Term of Supervision

___ Submit a Request for Warrant or Summons

___ Other

Barbara B Crabb
Honorable Barbara B. Crabb
U.S. District Judge

July 15, 2013
Date